1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5  Attorneys for Plaintiff ROSA A. ROCHA

6  **UNITED STATES DISTRICT COURT**

7  **EASTERN DISTRICT OF CALIFORNIA**

8  ROSA A. ROCHA,                         ) Case No.:  1:16-cv-00892-BAM
                                          )
9        Plaintiff,                       ) STIPULATION AND ORDER TO EXTEND
                                          ) BRIEFING SCHEDULE
10       vs.                              )
                                          )
11 NANCY A. BERRYHILL, Acting             )
   Commissioner of Social Security,       )
12                                        )
         Defendant.                       )
13                                        )
                                          )

14       TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF

15 THE DISTRICT COURT:

16       Plaintiff Rosa A. Rocha ("Plaintiff") and defendant Nancy A. Berryhill, Acting

17 Commissioner of Social Security ("Defendant"), through their undersigned counsel of record,

18 hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to

19 provide Defendant with Plaintiff's Settlement Letter Brief to February 1, 2017; and that

20 Defendant shall have until March 8, 2017, to provide a response.

21       An extension of time for plaintiff is needed.  As the Court is aware, the spouse of the

22 associate in Counsel's firm who this matter is assigned, recently passed away.  Due to the press of

23 the holidays and the need to find a caregiver and the required time to acclimate his children to his

24 absence to meet his professional obligations, Counsel required the additional time to prepare and

25 provide Defendant with Plaintiff's Settlement Letter.

26

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 1, 2017              Respectfully submitted,

            LAW OFFICES OF LAWRENCE D. ROHLFING

            /s/ *Steven G. Rosales*
      BY: _____
            Steven G. Rosales
            Attorney for plaintiff

DATE:  February 1, 2017     BENJAMIN WAGNER
            United States Attorney
            Donna L. Calvert
            Regional Chief Counsel, Region IX
            Social Security Administration

            */S/- April A. Alongi
            _____
            April A. Alongi
            Special Assistant United States Attorney
            Attorney for Defendant
            [*Via email authorization]

## **ORDER**

Based on the parties' stipulation and for good cause being shown (Doc. 14), IT IS HEREBY ORDERED that plaintiff may have an extension of time to provide Defendant with Plaintiff's Settlement Letter Brief to and including February 1, 2017; Defendant may have an extension of time to March 8, 2017 to file her response.  Plaintiff's opening brief, if any, is due on or before April 10, 2017. All other deadlines set forth in the Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated**:  February 3, 2017**            /s/ *Barbara A. McAuliffe*
                      UNITED STATES MAGISTRATE JUDGE